UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA     PLAINTIFF

v.     CASE ACTION NO: __5:20-cv-194-BB__
*Electronically filed*

FOURTEEN THOUSAND
FIVE HUNDRED TWENTY-FIVE DOLLARS
IN UNITED STATES CURRENCY ($14,525.00)     DEFENDANT

**VERIFIED COMPLAINT
FOR FORFEITURE IN REM**

The United States of America, by counsel, Russell M. Coleman, United States Attorney for the Western District of Kentucky, and Amy M. Sullivan, Assistant United States Attorney, brings this complaint and alleges as follows:

**NATURE OF THE ACTION**

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: Fourteen Thousand Five Hundred Twenty-Five Dollars ($14,525.00) in United States currency.

**JURISDICTION AND VENUE**

2. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property under 18 U.S.C. § 981(a)(1)(C). This Court has jurisdiction over forfeiture actions commenced by the United States pursuant to 28 U.S.C. § 1345 and 28 U.S.C. § 1355(a).

3. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant

*in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395, because the acts or omissions giving rise to the forfeiture of the defendant property occurred in this district.

## THE DEFENDANT IN REM

5. The defendant is: Fourteen Thousand Five Hundred Twenty-Five Dollars in United States Currency ($14,525.00). On or about July 1, 2020, Deputies with the Lowndes County Sheriff's Office in Lowndes County, Georgia attempted a traffic stop on Pierce Fitzgerald Davis. Davis fled leading deputies on a vehicle chase crossing into Florida. The chase ended when Davis crashed into a police vehicle in Jennings, Florida. Upon arrest Davis had several re-encoded credit cards, $14,525.00 in United States Currency and a card reader/programmer device. Davis' fraud conspiracy dates back to at least May 16, 2020, spanning across several states including Indiana, Ohio, Tennessee, Kentucky, Georgia, and Florida, including the Western District of Kentucky. The currency was seized as proceeds traceable to violations of 18 U.S.C. § 1029, 18 U.S.C. § 1343, and 18 U.S.C. § 1349. The United States Secret Service began administrative forfeiture proceedings against this property, during which Pierce Fitzgerald Davis filed the only claim (received by USSS) on or about September 17, 2020. The defendant property is currently in the custody of the United States Secret Service.

## THE LAW

6. Pursuant to 18 U.S.C. § 1343, it is unlawful to devise or intend "to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent

pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice . . .". Pursuant to 18 U.S.C. § 1349, "[a]ny person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties…."

7. Pursuant to 18 U.S.C. § 1029(a), it is unlawful to knowingly and with intent to defraud (a) produce, use, or traffic in one or more counterfeit access device; (b) use one or more unauthorized access fraud devices during a one-year period obtaining $1000 or more; (c) possess fifteen or more devices which are counterfeit or unauthorized access devices; (d) produce, traffic in, has control, custody or possesses device-making equipment; (e) effect transactions with access devices issued to another person(s) to receive payment or other thing of value $1000 or more over a one-year period; (f) use, produce, traffic, has control, custody, or possesses a scanning receiver. Pursuant to 18 U.S.C. § 1029(b), it is unlawful to attempt and/or conspire to commit a violation of 18 U.S.C. § 1029(a).

8. 18 U.S.C. § 981(a)(1)(C) provides that "[a]ny property, real or personal, which constitutes or is derived from proceeds traceable to a violation of section . . . 1029 . . . and any offense constituting 'specified unlawful activity'," is subject to forfeiture to the United States. Pursuant to 18 U.S.C. § 1956(c)(7), wire fraud (in violation of 18 U.S.C. §§ 1343 and 1349) constitutes a "specified unlawful activity."

## SUMMARY OF RELEVANT FACTS

9. The facts and circumstances supporting the seizure and forfeiture of the defendant property are set forth in the affidavit of J. Cody Bennett, Special Agent, United States Secret

Service, which is attached hereto as Attachment A, and incorporated in its entirety herein by reference.

## CLAIM FOR RELIEF

10. The defendant property constitutes proceeds traceable to wire and access device fraud and a conspiracy to commit such fraud, and as such, is forfeitable to the United States in accordance with 18 U.S.C. §§ 981, 1029 and 1343.

WHEREFORE, the plaintiff respectfully requests:

a. that the Court issue a warrant for the arrest and seizure of the defendant property;

b. that notice of this action be given to all persons known or thought to have an interest in or right against the property;

c. that the defendant property be forfeited and condemned to the United States of America;

d. that the plaintiff be awarded its costs and disbursements in this action; and

e. for such other and further relief as this court deems proper and just.

Respectfully submitted,

RUSSELL M. COLEMAN

United States Attorney

s/Amy M. Sullivan
AMY M. SULLIVAN
Assistant U.S. Attorney
Western District of Kentucky
717 West Broadway
Louisville, KY 40202
(502) 582-5911
(502) 582-5097 (fax)
amy.sullivan@usdoj.gov

## VERIFICATION

I, J. Cody Bennett, am a Special Agent with the United States Secret Service. I have read the foregoing Verified Complaint for Forfeiture *In Rem* (including any attachments thereto) and under penalty of perjury, hereby assert that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement agents.

J. Cody Bennett, Special Agent
United States Secret Service

Dated: 12/17/2020

Subscribed and sworn to before me this 14th day of Dec, 2020.

Notary Public
My Commission expires: 11/29/2022

5

## AFFIDAVIT IN SUPPORT OF CIVIL COMPLAINT

I, James Cody Bennett, being duly sworn, hereby depose and say: I am a Special Agent, United States Secret Service, assigned to the Criminal Investigations Division, Louisville Field Office. I have been an agent with the Secret Service since November 2006. Prior to my appointment as a Special Agent, I was employed as a Sheriff's Deputy with the Bernalillo County (NM) Sheriff's Department for 2 years. The information contained in this affidavit is based on my training, experience, and my personal knowledge and observations during the course of this investigation, and information provided to me by other sources as noted herein.

This Affidavit is presented for the purpose of supporting a Civil Forfeiture Complaint for $14,525.00 in United States Dollars (defendant currency). As set forth in this affidavit, there is probable and reasonable cause to believe that the defendant currency represents proceeds of violations of Fraud by Wire, Title 18, United States Code, Sections 1343 and 1349 (conspiracy), and Access Device Fraud, Title 18, United States Code, Section1029. Consequently, the defendant currency is subject to forfeiture under Title 18, United States Code, Section 981(a)(1)(C).

1. On 07/15/2020, your Affiant, as part of the United States Secret Service, Criminal Investigations Division, Louisville Field Office was contacted by the Paducah Police Department (PPD), Paducah, Kentucky in reference to a fraud case involving re-encoded credit cards. PPD Detectives had arrested Pierce Fitzgerald Davis on multiple outstanding Arrest Warrants from several States for fraud and similar charges. Detectives advised Davis was also under investigation for fraudulent use of a credit card and criminal sexual contact with a minor. Detectives advised when Davis was taken into custody he was with a female juvenile who was listed as a missing person in NCIC. Detectives also advised that Davis was in possession of multiple credit cards to

include white plastic cards with no printed information and a laptop computer with a magnetic strip encoder device. Davis was in possession of greater than fifteen (15) Access Devices.

2. On this same date, I searched NCIC/NLETS for Davis and discovered multiple State Felony Arrest Warrants for fraud related charges and a criminal arrest history consisting of the following:

- Fraudulent use of a Credit Card (Multiple)
- Rape 3rd Degree
- Sexual Abuse 3rd Degree
- Financial Transaction Card Fraud
- Identity Theft Fraud
- Probation Violation
- Poss. Of False ID
- Financial Transaction Card Theft
- Domestic Violence / Battery (Multiple)
- Hallucinating Manufacturing
- Armed Burglary
- Conspiracy
- Larceny
- Driving While Licensed Suspended (Multiple)
- Fraud-Swindle
- Poss. Of Marijuana
- Uttering a Forged Instrument
- Trespass
- Criminal Mischief
- Grand Theft
- Property Damage
- Sexual Battery/Assault
- Lewd Conduct on a Child
- Molestation of a Child
- Fraudulent Impersonation
- Poss. of Identification Belonging to Another
- Poss. of Stolen Driver License
- Battery of Police Officer
- Resisting Arrest with Violence
- Obstructing an Investigation
- Fugitive from Another State
- Fleeing / Eluding Law Enforcement

In addition to the above arrest history Davis is also currently on probation with the state of Florida for a previous conviction of Fraudulent use of Personal Identification. At the time of his arrest by

PPD, Davis provided as identification to PPD Detectives a counterfeit Florida Driver's License with Davis's Picture and Date of Birth, however the expiration date of the License had been changed due to Davis's issued Florida Driver's License being suspended/revoked.

3. On 07/20/2020, I met with Detectives from PPD who provided me with PPD Incident Report # KY 2020-29945, which stated on 07/09/2020, victim M.A., a resident of Paducah KY, received a call from an unknown individual claiming to be an employee of Independence Bank where M.A. had an account. The unknown individual stated M.A.'s debit card (ending 3935) issued by Independence Bank had been fraudulently used in California. M.A. stated s/he then received a text with a fraud alert. M.A. stated s/he confirmed the card was still in his/her possession and checked his/her account activity where s/he discovered numerous unauthorized charges in the Paducah, KY area. M.A. reported four (4) fraudulent charges totaling $276 from South Paducah Office and four (4) fraudulent charges totaling $1,225.40 from Kroger #338 (Paducah, KY) had posted on his/her account. Detectives stated they viewed video surveillance from Kroger#338 and positively identified Davis as the suspect conducting the fraudulent credit/debit card transactions. Detectives stated they observed Davis go to multiple registers (point of sale terminals) to conduct the fraudulent transactions while also receiving information on his cell phone. Detectives further stated they had also observed video surveillance of Davis at other local business conducting fraudulent transactions with stolen credit/debit card information.

4. On 07/21/2020, I watched the recorded interview of Davis conducted by Detectives from PPD upon Davis's arrest on 07/15/2020. Detectives read Davis his Miranda Warning prior to asking questions. During the course of the interview, Davis continued to deny his involvement and downplay his role in the credit card fraud activity but eventually confessed to meeting some unknown individuals on the internet. Davis confessed to receiving credit card information from

these unknown individuals whom he stated he believed to be from South Africa. Davis stated in addition to the credit card information, he would also receive the corresponding pin code for the cards, which is required for cash withdrawals. Davis confessed he would travel around collecting the cash from the fraudulent transactions and eventually transport the cash via rental car back to Miami, FL where he would use several different methods to distribute the cash to others to include Western Union, Cash App, Bit Coin and other electronic methods. Davis confessed he had an agreement to keep 30% of the proceeds for himself.

5. On this same date, I spoke with a Detective from the Lowndes County Sheriff Office, Lowndes County GA to confirm their active Felony Arrest Warrant on Fraud Charges for Davis. I was provided with the Lowndes County Sheriff Department report #2020-07010073 which states that on 07/01/2020, Deputies initiated a traffic stop on Davis who fled leading deputies on a high speed vehicle pursuit crossing into Florida. The pursuit ended when Davis intentionally crashed into a police vehicle in Jennings, FL. Upon arrest Davis had several re-encoded credit cards, a large amount of cash and a card reader/programmer device. Davis was un-cooperative with investigators and would not provide details regarding the cash or credit cards. The $14,525 in genuine US Currency was located on Pierce at the time his arrest. The money was separated into $1000 bundles with a rubber band. It should be noted that Davis also had two (2) Counterfeit $20 Federal Reserve Notes mixed in with the genuine currency.

6. Continuing on 07/21/2020, I conducted a review of Davis's two Samsung smart phones being examined by PPD pursuant to their approved State Search Warrant for the devices. Evidence located during this search revealed a criminal conspiracy (in violation of Title 18, United States Code, Sections 1029 and 1343 and 1349) dating back to at least 05/16/2020 and spanning multiple states to include Indiana, Ohio, Tennessee, Kentucky, Georgia and Florida. Text messages were

recovered sent from Davis's phone containing images of fraudulent ATM transactions dated 06/30/2020. Text messages dated 05/16/2020 and 05/21/2020 were located discussing the details of producing and selling fake identification cards as well as compromised credit card information. There were several other text messages discussing prices for fake identification cards as well as numerous photos of credit cards and stolen/fake driver's licenses from multiple states. Also on the phones was a text message from Davis stating, "Imma get u dat $ Asap cuz I just got another scanner ready for road again." I observed several text messages containing financial account numbers and personal identifiable information belonging to other individuals. There are also several pictures of large amounts of cash and transaction receipts for cash withdrawals including a receipt that matches the last 4 numbers of an account belonging to the above-mentioned victim M.A. of Paducah, KY. The pictures of cash withdrawal receipts from M.A.'s account were from financial institutions in the Paducah, KY area. I also discovered on the phone a text message from Davis discussing a large amount of cash he had obtained from his previous trip that was taken from him by a Georgia police department after he was arrested trying to return home to Miami, FL.

7. On 10/16/2020, I received records from the Green Dot Bank subpoena submitted by Detectives from the Lowndes County Sheriff Department. The records were from Green Dot Bank account # ending 2894 which was found on a re-encoded credit card in the possession of Pierce Davis upon his arrest in Florida. The records indicated the compromised account belonged to T.K., a resident of Perrysburg, OH.  Records show the account profile and information was changed on 03/14/2020, and a new email address on the account was changed to an address which included "pfdavis" (full email address omitted). The residential address was changed to an address located in Miami Gardens, FL 33056, which was the same address listed on Davis's counterfeit Florida Driver's License. Records provided show on or around 04/08/2020, numerous charges began to

process through the account in the Miami Gardens area to include 14 charges at Walmart from 04/08-05/05 totaling $1,438.83 and 7 charges to 7-Eleven from 05/14-05/24/2020, totaling $1,864.05. It should be noted the amounts charged are indicative of gift card purchases due to the similar amounts listed. In total, records show $20,361.89 in charges were processed through the account from 04/08/20 to 06/20/20.

8. Based upon the above aforementioned facts and circumstances, there is probable cause that Pierce Fitzgerald Davis and others caused and conspired to cause fraudulent electronic financial transactions by using stolen Access Device (Credit Card) information in violation of Title 18, United States Code, Sections 1029 and 1343 and 1349, when he devised and intended to devise a scheme to defraud victims and financial institutions, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of the scheme described in the above affidavit, caused to be transmitted by means of wire communication in interstate commerce an electronic financial transaction to obtain financial proceeds from the stolen Access Device (Credit Card) information. Furthermore, there is probable cause to believe that the defendant currency represents proceeds of this conspiracy which began at least in May of 2020 with overt acts of this conspiracy occurring in Indiana, Ohio, Tennessee, Kentucky, Georgia and Florida, including the Western District of Kentucky. Consequently, the defendant currency is subject to forfeiture under Title 18, United States Code, Section 981(a)(1)(C).

Affiant further sayeth naught,

*J. Cody Bennett*
Special Agent, United States Secret Service

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                                                       CASE ACTION NO: __5:20-cv-194-BB_____
                                                                        *Electronically filed*

FOURTEEN THOUSAND
FIVE HUNDRED TWENTY-FIVE DOLLARS
IN UNITED STATES CURRENCY ($14,525.00)                                DEFENDANT

**WARRANT OF ARREST *IN REM* AND NOTICE**

TO:   THE UNITED STATES SECRET SERVICE
      AND/OR ANY OTHER DULY AUTHORIZED LAW
      ENFORCEMENT OFFICER:

WHEREAS the United States Attorney for the Western District of Kentucky has filed a Verified Complaint for Forfeiture *In Rem* against the above-named defendant property on the 14th day of December, 2020, alleging that the defendant property is subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem*, there is probable cause to believe that the defendant property so described therein constitutes property that is subject to forfeiture for such violations, and that grounds for issuance of a Warrant of Arrest *In Rem* exist, pursuant to Supplemental Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules");

YOU ARE THEREFORE ORDERED to seize and arrest the defendant property, and to take the defendant property into your possession for safe custody, until further order of the Court; and to make your return as provided by law.

YOU ARE FURTHER ORDERED to send notice to the record owner and any other person believed to have a claim to or interest in the defendant property a copy of the Complaint, Notice of Forfeiture, and this Warrant in a manner consistent with the principles of service of process of any action *in rem* under the Supplemental Rules and the Federal Rules of Civil Procedure, within a reasonable time of seizure, and, to admonish any persons holding a claim to the defendant property to file their claims with the Clerk of this Court within thirty-five (35) days after execution of this process, and to serve their answers within twenty-one (21) days after filing their claims, and finally, that they must serve a copy of any claim and/or pleading upon the Assistant United States Attorney, Amy M. Sullivan, 717 West Broadway, Louisville, Kentucky 40202.

YOU ARE FURTHER ORDERED, in the event that the defendant property is not released within ten (10) days of execution of process, that you shall cause publication of public notice, as required by Rule G(4) of the Supplemental Rules. Such notice shall be published for thirty days at www.forfeiture.gov. This notice shall state that anyone claiming an interest in the defendant property must file: 1) a claim within sixty (60) days from the start of the publication on the internet at www.forfeiture.gov; and 2) an answer within twenty-one (21) days after filing a claim.

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Tendered by:
Amy M. Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502)582-5911
(502)582-5097(fax)
amy.sullivan@usdoj.gov


cc:     United States Attorney (AMS) - two certified copies of order and
        two certified copies of the Verified Complaint

✎JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
FOURTEEN THOUSAND FIVE HUNDRED TWENTY-FIVE DOLLARS IN U.S. CURRENCY

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- [x] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☒ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract |  |  | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN   (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing  **(Do not cite jurisdictional statutes unless diversity)**:
18 U.S.C. 981(a)(1)(C)

Brief description of cause:
wire and access device fraud seizure of property

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 12/14/20 | Amy M. Sullivan  *Digitally signed by Amy M. Sullivan Date: 2020.12.14 10:46:51 -05'00'* |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse  (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example:  U.S. Civil Statute: 47 USC 553
  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.